"Honorable" Chief Judge Legg

FILED
LOGGED
ENTERED 7-8-12
RECEIVED
JUL 12 2012
CLERK, AT BALTIMORE
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

1st. I'D Like to Say, When you Recieve this brief Notation I Hope it finds you on the very best of spirits "Collectively". Being in your "position" I can only imagine that you too long for that Day... Nevertheless Everyday Above Ground is truly a blessing!

Your Honor, I've Reached-out to you on Two-prior occassions. The First being my "Sentencing" Letter Regarding (my 3 sons). The Sencond, Regarding "My Self" and my progress in prison that was attached to my 3582 (C)(2) motion.

Now this third and final time because I do not want to burden you! My concern is whether or not you've actually recieved my motion. It's been over 7 months and I've heard Nothing. Your "Honor", I'm very aware that you may have Recieved (hundreds) of Letters like mine.

So Knowing that you also have an extreme work schedule, there is "No-way" that you can tend to "one" particular individual. All I humbly ask your Honor is (if) you find the time can you have someone notify

ME OR MY CURRENT ATTORNEY! CONCERNING the Status OF MY "MOTION".

No-matter what "YOUR" (discretion) OR (choice) is with DECIDING my fate, I deeply "APPRECIATE" YOUR time AND patience! I FELT it was iN (my) best intrest to be "SINCERE" AND Speak from (the-HEART) oppose to saying something REHEARSED!

PLS, EXCUSE ANY ERRORS, AND YOU have a blessed DAY JUDGE LEGG..

SINCERELY
GERALD N. JONES